# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| | : | |
| v. | : | Magistrate. No. 25-16059 |
| | : | |
| CESAR ELISEO SORTO-AMAYA | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Robert Hruska, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Enforcement and Removal Operations ("ERO") – U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

Continued on the attached pages and made a part hereof.

                                                         */s/ Robert Hruska /JS*

                                                       Robert Hruska
                                                       Deportation Officer
                                                       Enforcement and Removal Operations,
                                                       U.S. Immigration and Customs
                                                       Enforcement

*Deportation Officer Robert Hruska attested to this Affidavit by telephone pursuant to FRCP 4.1(b)(2)(A) on February 28, 2025*

                                                         */s/ Jose R. Almonte /JS*

                                                       Hon. José R. Almonte
                                                       United States Magistrate Judge

## ATTACHMENT A

### COUNT 1
### (Illegal Reentry)

On a date before February 28, 2025, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**CESAR ELISEO SORTO-AMAYA,**

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security or Attorney General of the United States to reapply for admission before to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and, on or about February 28, 2025, was found in the United States.

In violation of Title 8, United States Code, Section 1326(a).

## ATTACHMENT B

I, Robert Hruska, am a Deportation Officer with the Enforcement and Removal Operations, Immigration and Customs Enforcement ("ICE"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including documents and physical evidence. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, the defendant, CESAR ELISEO SORTO-AMAYA, ("SORTO-AMAYA"), was a native and citizen of El Salvador and was not a citizen of the United States.

2. On or about February 14, 2015, SORTO-AMAYA was arrested by United States Border Patrol in Texas. SORTO-AMAYA was ordered removed from the United States to El Salvador via Expedited Removal, and was removed from the United States on March 3, 2015.

3. On October 30, 2016, SORTO-AMAYA was encountered by ICE officials while incarcerated with the Elizabeth Police Department after an arrest for (i) Obstructing the Administration of Law and (ii) Unlawful Possession of a Weapon – Knife.

4. On or about December 19, 2016, SORTO-AMAYA was convicted in Union County Superior Court on the above reference charge for Unlawful Possession of a Weapon. Before being sentenced on that charge, ICE officials processed SORTO-AMAYA for reinstatement of removal, and SORTO-AMAYA was again removed to El Salvador on February 22, 2017.

5. SORTO-AMAYA again reentered the United States at an unknown place and an unknown date.

6. On August 26, 2017, SORTO-AMAYA was arrested by the United States Border Patrol. On September 07, 2017, SORTO AMAYA was again removed to El Salvador.

7. SORTO-AMAYA reentered the United States once again on an unknown date at an unknown place without permission from either the Attorney General or the Secretary of Homeland Security.

8. On or about February 12, 2025, El Salvadorian law enforcement contacted ICE agents and informed them that SORTO-AMAYA was wanted on Double Aggravated Homicide charges in El Salvador, where SORTO-AMAYA was convicted in abstentia on April 22, 2024 and sentenced to 50 years' incarceration. El Salvadorian law enforcement also notified ICE that SORTO-AMAYA was located at a particular address in Elizabeth, New Jersey and provided a photograph of SORTO-AMAYA.

9. On or about, February 28, 2025, law enforcement officers with ICE encountered SORTO-AMAYA on the porch of the address in Elizabeth, New Jersey that El Salvadorian law enforcement provided. SORTO-AMAYA matched the photo provided by El Salvadorian law enforcement. In addition, ICE officials recovered an identification card from El Salvador on SORTO-AMAYA's person, which had SORTO-AMAYA's picture, name, and other personal details that match the information in ICE's databases regarding SORTO-AMAYA.

10. Moreover, a fingerprint analysis conducted after SORTO-AMAYA's arrest on February 28, 2025 revealed that SORTO-AMAYA is the same individual who was arrested in Union County and ordered deported multiple times, as set forth above.

11. A review of relevant databases revealed that neither the Secretary of Homeland Security nor the Attorney General expressly consented to SORTO-AMAYA reapplying for admission to the United States before his reembarkation at a place outside the United States, or his reentry into the United States.